UNITED STATES of America, Plaintiff–Appellee,

v.

Bryan Gene BERRYMAN, Defendant–Appellant.

No. 04–40696.

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 17, 2004.

Michelle S. Englade, Assistant U.S. Attorney, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Frank Warren Henderson, Amy R. Blalock, Assistant Federal Public Defender, Federal Public Defender's Office, Tyler, TX, for Defendant–Appellant.

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Bryan Gene Berryman pleaded guilty pursuant to a written plea agreement to receipt of child pornography. He was sentenced to 57 months of imprisonment, three years of supervised release, and a $100 special assessment.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Berryman argues for the first time on appeal that the district court erred in enhancing his sentence based on facts that were not found by a jury or admitted by Berryman. He contends that, in light of the Supreme Court's decision in *Blakely v. Washington*, —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), such enhancements violate the Fifth and Sixth Amendments. As Berryman acknowledges, this issue is foreclosed. *See United States v. Pineiro*, 377 F.3d 464, 473 (5th Cir.2004), *petition for cert. filed* (U.S. July 14, 2004) (No. 04–5263).

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.